An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

LANALSIKOV LOWE,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
  and
DOUG GILLESPIE, SHERIFF OF THE
LAS VEGAS METROPOLITAN POLICE
DEPARTMENT,
Real Parties in Interest.

No. 63798

FILED

SEP 19 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

### *ORDER DENYING PETITION*

This is a proper person petition for extraordinary relief. Petitioner requests that this court issue a criminal complaint against the district court below, dismiss all charges against petitioner and five other inmates, and grant various other forms of relief. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. Petitioner is represented by counsel in the proceedings below, and should proceed by and through counsel. Accordingly, we

ORDER the petition DENIED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

13-27935

cc: Lanalsikov Lowe
Clark County Public Defender
Attorney General/Carson City
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A